JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SERGIO RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHENKER INC., a New York corporation; SCHENKER LOGISTICS, INC., a North Carolina corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  5:19-cv-01304-JLS-(KKx)<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br><br>Complaint Filed:  June 14, 2019<br>Trial Date:         None Set |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Stipulation For Dismissal Without Prejudice submitted by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders this action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  May 22, 2020

_____                                    _____
                                                                            Honorable Josephine L. Staton
                                                                            United States District Judge

1